**Order entered October 22, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00327-CV**

**RAKIYA R. E. AKWA- DIALLO AND ALPHA DIALLO CAMARA,**
**Appellants**

**V.**

**CITY OF GARLAND, ET AL., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-18-01505**

**ORDER**

Before the Court is appellees Dallas County, Dallas County Community College District, Dallas County School Equalization Fund, and Parkland Hospital District's October 21, 2020 motion for an extension of time to file their brief. We note appellee Resolution Finance, LLC has filed a motion to dismiss the appeal. Accordingly, we **SUSPEND** the deadline for filing the brief of all appellees pending the determination of Resolution Finance's motion. The Court will set a new deadline for the brief should Resolution Finance's motion be denied.

We **DENY** the extension motion as moot.

/s/    KEN MOLBERG
         JUSTICE